A CERTIFIED TRUE COPY
ATTEST

By Mecca S. Thompson on Mar 17, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Mar 02, 2010

FILED
CLERK'S OFFICE

**IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION**

MDL No. 1905

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-46)

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 536 F.Supp.2d 1375 (J.P.M.L. 2008). Since that time, 550 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 17, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true copy in ___ sheet(s)
of the record in my custody.
CERTIFIED ___ 2010
Richard D. Sletten, Clerk
BY: ___
Deputy Clerk

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION      MDL No. 1905

## SCHEDULE CTO-46 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**      **CASE CAPTION**

CALIFORNIA NORTHERN
CAN 5  10-423      Paul Scott Robinson, et al. v. Medtronic, Inc.      10cv836 RHK/JSM

MASSACHUSETTS
~~MA  4  10-40035~~      ~~Rosemary Soderberg, etc. v. Medtronic, Inc., et al.~~ **Opposed 3/16/10**

NEW YORK EASTERN
NYE 1  10-221      Barry Hantman, et al. v. Medtronic, Inc., et al.      10cv837 RHK/JSM